**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Willie David BROWN, Defendant–Appellant.**

**No. 01–7236.**

United States Court of Appeals, Fourth Circuit.

Submitted Dec. 20, 2001.

Decided Dec. 28, 2001.

Willie David Brown, Pro Se.

Before LUTTIG, TRAXLER, and GREGORY, Circuit Judges.

PER CURIAM.

Willie David Brown appeals the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp.2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See United States v. Brown*, Nos. CR–93–264–P; CA–01–348–3–V (W.D.N.C. filed July 3, 2001; entered July 9, 2001). We further deny Brown's motion for the appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*